## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 15 cv 1694 |
| Michael L. Brown, Deangelo D. Adams and Ernest D. Smith, | Plaintiffs |
| v. | |
| Chicago Police Officer Erik Schreiber, et al., | Defendants |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Chicago Police Officers Erik Schreiber, Matthew J. Sedory, Joshua Wallace, Jon P. Venegas, Shaun G. Jaudon, Fernando Soto, Michael J. Dearborn, and the City of Chicago**

| | |
|---|---|
| NAME (Type or print) <br> Kevin A. Pacini | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kevin A. Pacini | |
| FIRM | Johnson & Bell, Ltd. |
| STREET ADDRESS | 33 West Monroe Street, Suite 2700 |
| CITY/STATE/ZIP | Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6309851 | TELEPHONE  NUMBER <br> (312) 372-0770 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

| RETAINED COUNSEL ☐ | APPOINTED COUNSEL ☐ |
|---|---|