## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Samuel L Brown, et al.

                    Plaintiff,

v.                                          Case No.: 1:15–cv–01694
                                            Honorable Virginia M. Kendall

Erik Schreiber, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 12, 2017:

        MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed
pursuant to Stipulation to Dismiss [65] with leave to reinstate solely in the event that the
Chicago City Council rejects the Release and Settlement Agreement executed by parties.
Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.